UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELCO SECURITIES LTD,<br><br>                              Plaintiff,<br><br>            - against -<br><br>DEAR CASHMERE HOLDINGS INC.,<br><br>                              Defendant. | **ORDER**<br><br>23-CV-05256 (PMH) |

PHILIP M. HALPERN, United States District Judge:

Elco Securities, Ltd. ("Plaintiff") commenced this action against Dear Cashmere Holdings, Inc. ("Defendant") by filing a Complaint on June 21, 2023. (Doc. 1). On October 2, 2023, the Court entered an Order to Show Cause as a result of Plaintiff's failure to serve Defendant in compliance with Federal Rule of Civil Procedure 4(m) cautioning that "this action will be dismissed without prejudice unless, on or before October 10, 2023, Plaintiff shows good cause in writing for failure to comply with Fed. R. Civ. P. 4(m)." (Doc. 3).

To date, Plaintiff has failed to respond to the Court's October 2, 2023 Order to Show Cause. Accordingly, this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

The Clerk of Court is respectfully directed to close this case.

                              **SO ORDERED.**

Dated:   White Plains, New York
         October 30, 2023

                              _____
                              PHILIP M. HALPERN
                              United States District Judge